## DAVIESS COUNTY COURT *v.* JOHN G. McFARLAND.

**Suit Against County—Evidence.**

> A judgment against the county for work and labor done in indexing books will be reversed where there is no evidence to prove that an order had been made by the circuit court directing the indexes to be made. The county court cannot be compelled to pay for them unless they were so ordered.

APPEAL FROM DAVIESS CIRCUIT COURT.

October 27, 1877.

OPINION BY JUDGE COFER:

The appellee presented an account for $2,000, of which the court allowed $700. That was, in effect, to reject the residue of the claim and authorized an appeal under Sec. 11, Art. 3, Chap. 27, Gen. Stat.

Under that statute the appeal is to be prosecuted, as appeals are now taken from the judgments of quarterly courts, and the case was to be tried in the circuit court as an original case.

But the judgment must be reversed because there was no evidence even tending to prove that an order had been made by the circuit court directing the indexes, for which the appellee charged, to be made. The county court cannot be compelled to pay for them unless they were so ordered. Act 1873, p. 313, Gen. Stat. Judgment *reversed* and cause remanded for further proper proceedings.

*Orran & Ellis, for appellant. McFarland, for appellee.*